UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PETE YOUNG BUFFALO, | ) |
| Petitioner, | ) Case No. EDCV 15-248 JLS (AJW) |
| v. | ) |
| RICHARD B. IVES, WARDEN, | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: October 20, 2015

_____
Josephine L. Staton
United States District Judge