UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **PETE YOUNG BUFFALO,** | ) |
| Petitioner, | ) No. EDCV 15-248-JLS(AJW) |
| **vs.** | ) |
| | ) JUDGMENT |
| **RICHARD B. IVES, Warden,** | ) |
| Respondent. | ) |

**It is hereby adjudged** that the petitioner's claims involving the calculation of his mandatory parole eligibility date and the denial of his eligibility for mandatory parole are **denied**, and petitioner's claim involving the calculation of sentence credits is **dismissed without prejudice**.

Dated: <u>October 20, 2015</u>

_____
Josephine L. Staton
United States District Judge